```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARGARET V. BELT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3130 |
| | ) | |
| v. | ) | |
| | ) | |
| CHADRON HOUSING AUTHORITY, a | ) | ORDER |
| Nebraska Municipal Corporation, SHEILA MURDOCK, individually And in her official capacity as Chief Executive of the Chadron Housing Authority, and CINDY BRODERICK, in her Official Capacity as Chief Executive of the CHA, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion to proceed *in forma pauperis*, filing 3, is granted.

DATED this 8th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge