```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| MARGARET V. BELT, on Behalf of Herself and All Others Similarly Situated,  )<br>)<br>) | 4:06CV3130 |
| Plaintiffs,  ) | |
| v.  ) | MEMORANDUM AND ORDER |
| CHADRON HOUSING AUTHORITY, a Nebraska Municipal Corporation, SHEILA MURDOCK, individually And in her official capacity as Chief Executive of the Chadron Housing Authority, and CINDY BRODERICK, in her Official Capacity as Chief Executive of the CHA,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants.  ) | |

The court has been advised by plaintiff's attorney and by the Executive Director of Chadron Housing Authority that the parties are attempting to negotiate a settlement of this matter.

IT THEREFORE HEREBY IS ORDERED,

On the court's own motion, the answer date is extended to August 28, 2006.

DATED this 13th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge