```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARGARET V. BELT, on Behalf of Herself and All Others Similarly Situated, | ) ) ) ) | 4:06CV3130 |
| Plaintiffs, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| CHADRON HOUSING AUTHORITY, a Nebraska Municipal Corporation, SHEILA MURDOCK, individually And in her official capacity as Chief Executive of the Chadron Housing Authority, and CINDY BRODERICK, in her Official Capacity as Chief Executive of the CHA, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This case was filed on June 6, 2006. On July 13, 2006, the court extended the defendants' answer date to August 28, 2006. Nothing further has been filed.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is given 20 days from the date of this order in which to show cause, if any there be, why this matter should not be dismissed for failure to prosecute, in accordance with the provisions of NECivR 41.1.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge